# Case Information

- Icon Keys
- Summary
- Parties
- **Events**
- Hearings
- Financial
- File Location
- Related Cases

Filter Events Dates:

From

To

Filter

Show 50 entries                                Search:

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
|  | 10 | 03/09/2023 | PROOF OF SERVICE | MEME MARJORIE, ADMINISTRATIVE ASSISTANT-02/13/2023 | ✔ | 🛒 |
| ⬇ | 9 | 02/20/2023 | NOTICE OF APPEARANCE |  | ✔ | 🛒 |
| ⬇ | 6 | 01/31/2023 | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed) |  | ✔ | 🛒 |
|  | 7 | 01/31/2023 | General Differentiated Case Management Order |  | ✔ | 🛒 |
| ⬇ | 8 | 01/31/2023 | E-FILED SUMMONS ISSUED | X1 | ✔ | 🛒 |

Privacy - Terms

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| | 1 | 01/27/2023 | File Home Location - Electronic | | | |
| | 2 | 01/27/2023 | General Differentiated Case Management Applies | | | |
| ⬇ | 3 | 01/27/2023 | CIVIL COVER SHEET | | 📄✓ | 🛒 |
| ⬇ | 4 | 01/27/2023 | COMPLAINT | | 📄✓ | 🛒 |
| ⬇ | 5 | 01/27/2023 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) | | 📄✓ | 🛒 |

Showing 1 to 10 of 10 entries (filtered from 0 total entries)

Previous  1  Next

If no Icons Appear under the Image Column, click here to order copies of documents

📄✓ Indicates document is ready to be viewed

⬇ Displays additional event information

🔄 Indicates document needs redaction review prior to public viewing

👤 Indicates document is undergoing redaction

📄❌ Indicates document is sealed by the Court Order or Confidential by Court rule. Image cannot be viewed

🛒 Click to purchase electronically certified copies of documents

📄 Image Pending Review

If No Image Appears there is either no image available or document has not been converted to electronic image.